■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. OMAR ALMANZAR-PARAMIO, on Behalf of HUGO RIOS, Petitioner, v VIN-

CENT F. DeMARCO, Respondent. [993 NYS2d 922]—Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County indictment No. 1420/14.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Dillon, J.P., Chambers, Cohen and Maltese, JJ., concur.